# UNITED STATES DISTRICT COURT
## Western District of Washington

KURT A. BENSHOOF, pro se
BRIANA D. GAGE, pro se

Case Number: _____

**Plaintiff**

vs.

CITY OF SHORELINE, KING COUNTY, TOWN & COUNTRY MARKETS, EVAN FAGAN, WILLIAM AKERS, MR. THOMPSON

**Defendant(s)**

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) KURT A. BENSHOOF declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

Civil Rights claim under 42 U.S.C. § 1983 for discrimination in place of public accommodation, retaliation against free exercise of religious beliefs, expression, and denial of right of association, in violation of the equal protection clause of the 14th Amendment.

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes  Total amount of net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☑ No  Date of last employment 2012  Total amount of last net monthly salary $ 6000

2. If married, is your spouse presently employed?  ☑ Not married

   ☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☐ No  Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment                              $ 0
   b. Income from rent, interest or dividends                                    $ 0
   c. Pensions, annuities or life insurance payments                             $ 0
   d. Disability, unemployment, workers compensation or public assistance        $ 0
   e. Gifts or inheritances                                                      $ 0
   f. Money received from child support or alimony                               $ 0
   g. Describe any other source of income _____                       $ 0

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 400    Checking Account $ 50    Savings Account $ 5

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☑ Yes
☐ No

2011 Toyota FJ Cruiser     $ $25,000

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes
☑ No

My 14 year old son was kidnapped, so he is not currently dependant upon me financially     $

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Phone: $60/mo; Utilities: $200/mo; Internet: $120/mo; legal costs: $250/mo; food: $1000/mo.     $ $1630

8. Provide any other information that will help explain why you cannot pay court fees and costs.

# I cannot work to obtain income

I declare under penalty of perjury that the foregoing is true and correct.

| 3/11/24 | s/ Kurt A. Benshoof |
|---|---|
| **Executed on: (Date)** | **Signature of Plaintiff (Required)** |

**WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)**

I, (print your name) Kurt A. Benshoof

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

| 3/11/24 | s/ Kurt A. Benshoof |
|---|---|
| **Executed on: (Date)** | **Signature of Plaintiff (Required)** |