# Marsha Honda

| | |
|---|---|
| **From:** | kurt benshoof <kurtbenshoof@gmail.com> |
| **Sent:** | Monday, March 11, 2024 3:25 PM |
| **To:** | WAWDdb_NewCasesSea |
| **Subject:** | Initiating Civil Rights Lawsuit, pro se and IFP |
| **Attachments:** | 2024-03-11 Claim for Damages [signed] - CITY OF SHORELINE.pdf; 2024-03-11 Civil Cover Sheet.pdf; 2024-03-11 IFP Application Signed.pdf |

**CAUTION - EXTERNAL:**

Happy Monday!

Please see the attached:

- Complaint for Damages
- Civil Cover Sheet
- IFP application

Please let me know if all of these documents look correctly filled out, as Statute of Limitations are a consideration for filing today.

In Truth & Spirit,
Reverend Kurt Benshoof

"Cowardice asks the question, 'Is it *safe*?' Expediency asks the question, 'Is it *politic*?' Vanity asks the question, 'Is it *popular*?' But, conscience asks the question, '**Is it right?**' And there comes a time when one must take a position that is neither safe, nor politic, nor popular, but one must take it because one's conscience tells one that ***it is right***."
---Rev. Dr. Martin Luther King, Jr.

"It's easier to build strong children than to repair broken men."
---Frederick Douglass

"Mercy for the guilty is cruelty to the innocent."
---Adam Smith

"It's amazing how much panic one honest man can spread among a multitude of hypocrites."
---Thomas Sowell

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.