WAWD (Rev. 2/2018) IFP and WrittenConsent

# UNITED STATES DISTRICT COURT
## Western District of Washington

FILED
LODGED
RECEIVED      MAIL

APR 01 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

KURT A. BENSHOOF, pro se
BRIANA D. GAGE, pro se

Plaintiff

vs.

Case Number: 2:24-CV-00343-TL

CITY OF SHORELINE, KING COUNTY,
TOWN & COUNTRY MARKETS,  EVAN
FAGAN, WILLIAM AKERS, MR.
THOMPSON

Defendant(s)

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) KURT A. BENSHOOF declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

Civil Rights claim under 42 U.S.C. § 1983 for discrimination in place of public accommodation, retaliation against free exercise of religious beliefs, expression, and denial of right of association, in violation of the equal protection clause of the 14th Amendment.

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes   Total amount of net monthly salary (take home pay) $ _____

Name and address of employer _____

☑ No   Date of last employment 2012 _____ Total amount of last net monthly salary $ 6000 _____

2. If married, is your spouse presently employed?   ☑ Not married

☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

Name and address of employer _____

☐ No   Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment                                    $ 0
b. Income from rent, interest or dividends                                          $ 0
c. Pensions, annuities or life insurance payments                                   $ 0
d. Disability, unemployment, workers compensation or public assistance              $ 0
e. Gifts or inheritances                                                            $ 0
f. Money received from child support or alimony                                     $ 0
g. Describe any other source of income _____                             $ 0

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ **400**     Checking Account $ **50**     Savings Account $ **5**

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☑ Yes

☐ No

| 2011 Toyota FJ Cruiser | $ $25,000 |

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes

☑ No

My 14 year old son was kidnapped, so he is not currently dependant upon me financially     $

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Phone: $60/mo; Utilities: $200/mo; Internet: $120/mo; legal costs: $250/mo; food: $1000/mo.     $ $1630

8. Provide any other information that will help explain why you cannot pay court fees and costs.

# I cannot work to obtain income

I declare under penalty of perjury that the foregoing is true and correct.

3/11/24

**Executed on: (Date)**     **Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) **Kurt A. Benshoof**

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

3/11/24

**Executed on: (Date)**     **Signature of Plaintiff (Required)**

This package is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail International® shipments. Any misuse or fraudulent reuse may constitute a violation of federal law. This packaging is not for resale. © U.S. Postal Service; June 2023. All rights reserved.

FROM:

Kurt Benckert
1716 N 124 St
Seattu WA 98133

TO:

US District Court
Ravi. Subramaniam
700 Stewart St
Suite 2310
Seattu WA 98101

MAIL

FILED
LODGED
RECEIVED

APR 01 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**PRIORITY MAIL®**

0 Lb 2.30 Oz

RDC 03

C028

EXPECTED DELIVERY DAY: 04/01/24

SHIP
TO:
STE 2310
700 STEWART ST
SEATTLE WA 98101-4442

USPS TRACKING® #

9505 5150 8946 4089 3951 15

USPS.COM/PICKUP

how2recycle.info

PAPER
POUCH

**FLAT RATE**
ONE RATE ■ ANY W

■ Expected delivery date
■ Domestic shipments in
■ USPS Tracking® service
■ Limited international in
■ When used internation

*Insurance does not cover cert
Domestic Mail Manual at http://
** See International Mail Manu

**TRACKED ■ INSURED**

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

UNITE
POSTA