UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SHORELINE, et al., <br><br> Defendants. | Case No. C24-0343-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff Kurt Benshoof's application to proceed *in forma pauperis* (IFP), Dkt. 6, is deficient.  He indicates no income, no sources of money, minimal amounts of money in cash and bank accounts, and monthly expenses totaling $1,630.00.  Plaintiff must submit a revised, signed IFP application within **twenty (20) days** of the date of this Order.  He must provide complete and detailed financial information and, if he has no means of support, he must explain how he is able to meet his monthly expenses, including, but not limited to, food and shelter.  Failure to comply may result in denial of IFP and/or dismissal.

Dated this 2nd day of April, 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: Stefanie Prather<br>
Deputy Clerk

MINUTE ORDER - 1