UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT A. BENSHOOF, et al.,

                Plaintiffs,

   v.

CITY OF SHORELINE, et al.,

                Defendants.

Case No. C24-0343-TL

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Because Plaintiff Briana Gage does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff Briana Gage's IFP application, Dkt. 7, is GRANTED.[1] The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 2nd day of April, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

---

[1] The Court notes, however, that Plaintiff Kurt Benshoof's IFP application remains pending.

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1