UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, et al., <br><br>                    Plaintiffs, <br><br>        v. <br><br> CITY OF SHORELINE, et al., <br><br>                    Defendants. | Case No. C24-0343-TL <br><br> ORDER TO SHOW CAUSE |

Plaintiff Kurt Benshoof seeks to proceed *in forma pauperis* (IFP) in this civil matter. By Order dated April 2, 2024, the Court advised Plaintiff that his IFP application, *see* Dkt. 6, was deficient. Dkt. 8. Specifically, because Plaintiff indicated no income, no sources of money, minimal amounts of money in cash and bank accounts, and monthly expenses totaling $1,630.00, the Court ordered Plaintiff to provide complete and detailed financial information and, if he has no means of support, to explain how he is able to meet his monthly expenses, including, but not limited to, food and shelter. *Id*. The Court advised that failure to comply with the Court's directive may result in denial of IFP and/or dismissal. *Id*.

On April 9, 2024, Plaintiff filed a new IFP application and attached a "Motion for an Order of Indigency." Dkt. 10 & Dkt. 10-1. In the new application, Plaintiff indicates he was last employed in 2012, has no sources of money, $300.00 in cash on hand, $50.00 in a checking

ORDER TO SHOW CAUSE - 1

account, and $5.00 in a savings account, that his monthly expenses total $1,950.00, and that he "cannot work to receive income[.]" Dkt. 10.  In the attachment, Plaintiff raises a variety of assertions as to why he should be allowed to proceed IFP.  Dkt. 10-1.  Plaintiff does not, however, provide the information and explanation requested by the Court; that is, Plaintiff fails to provide complete and detailed financial information and fails to explain how, if he has no means of support, he is able to meet his monthly expenses.

The Court also notes that, in September 2023, after the Court advised Plaintiff he had provided inconsistent or incomplete financial information in an IFP application filed in a different case, Plaintiff explained that, although he has no income, he paid for his monthly expenses from his "'personal lifetime savings'" of which he, at that time, had approximately $2,000.00 remaining.  *Benshoof v. Admon*, C23-1392-JNW, Dkts. 6 & 8.  Plaintiff does not, in this case, provide a similar explanation as to his financial resources and how he is meeting his monthly expenses.  Nor is it apparent how Plaintiff has met his monthly expenses since September 2023.

The Court, in sum and for the reasons stated above, herein ORDERS Plaintiff Kurt Benshoof to show cause by **April 25, 2024** why the Court should not recommend his IFP application be denied.  Plaintiff is further advised that failure to comply with this directive may result in denial of IFP and/or dismissal.  The Clerk is directed to send copies of this Order to Plaintiffs and to the Honorable Tana Lin.

Dated this 12th day of April, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2