UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT A. BENSHOOF, et al.,

              Plaintiffs,

   v.

CITY OF SHORELINE, et al.,

              Defendants.

Case No. C24-0343-TL

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Because Plaintiff Kurt Benshoof does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff Kurt Benshoof's IFP application, *see* Dkts. 6, 10 & 12, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 30th day of April, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1