## VII.  DEMAND FOR TRIAL BY JURY

Plaintiffs demand a trial by jury pursuant to the Seventh Amendment to the United States Constitution and pursuant to Federal Rule of Civil Procedure 38(b).

## VERIFICATION

Plaintiffs Kurt A. Benshoof and Briana D. Gage each do hereby declare that the foregoing is true and correct to the best of their knowledge under penalty of perjury in the State of Washington.  Executed this 11th day of March in the year 2024, in the city of Seattle, in the county of King, in the state of Washington.

By: _____
Kurt A. Benshoof *Pro Se*

1716 N 128th Street
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

By: _____
Briana D. Gage, *Pro Se*

1716 N 128th Street
Seattle, Washington 98133
(332) 260-7171
bgage025@gmail.com

COMPLAINT FOR DAMAGES
DEMAND FOR JURY TRIAL
Page 43 of 43

Kurt Benshoof, Co-Plaintiff
1716 N 128th Street
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com