UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF and BRIANA D. GAGE,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>CITY OF SHORELINE; KING COUNTY; TOWN & COUNTRY MARKETS; EVAN B. FAGAN; WILLIAM C. AKERS; and MR. THOMPSON,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00343-TL<br><br>ORDER ON PLAINTIFFS' MOTION FOR MARSHAL SERVICE |

This matter is before the Court on Plaintiffs' Motion for Order Waiving Fees for Service and Directing U.S. Marshals Service of Summons and Complaint. Dkt. No. 25. King County Defendants point out that since the motion was filed, all Defendants have been served or waived service. Dkt. No. 38 at 6–7; *see* Dkt. Nos. 21 & 24 (Akers), 22 (Thompson), 23 (King County), 28 (Town & Country), 33 (Shoreline), 34 (Fagan). The Court agrees.

Accordingly, Plaintiffs' motion is DENIED as moot.

Dated this 23rd day of July 2024.

　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON PLAINTIFFS' MOTION FOR MARSHAL SERVICE - 1