UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF and BRIANA D. GAGE,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SHORELINE; KING COUNTY; TOWN & COUNTRY MARKETS; EVAN B. FAGAN; WILLIAM C. AKERS; and MR. THOMPSON,<br><br>Defendants. | CASE NO. 2:24-cv-00343-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte*. On May 31, 2024, this Court ordered the Parties to confer and provide the Court with a combined Joint Status Report ("JSR") and Discovery Plan by July 26, 2024. Dkt. No. 26 at 3–7; *see* Fed. R. Civ. P. 26(f). In the JSR, Defendants report that a conference with Plaintiff Benshoof took place on June 24, 2024. Dkt. No. 54 at 1. However, Defendants also report that "Plaintiff Gage did not participate in the FRCP 26(f) conference," and that they "have had no communication with or from Plaintiff Gage." *Id.* Further, Plaintiff Gage did not respond to the pending Motion to Dismiss (Dkt. No. 43).[1]

---

[1] Plaintiff Benshoof also did not respond, but Defendants report that he has been incarcerated in Seattle at the King County Correctional Facility since July 3, 2024—two days after the motion was filed. Dkt. No. 55 at 1.

ORDER TO SHOW CAUSE - 1

Accordingly, Plaintiff Gage is ORDERED TO SHOW CAUSE, **within fourteen (14) days** of this Order, why she should not be dismissed from this matter for failure to prosecute and failure to comply with a court order. *See* Fed. R. Civ. P. 41(b).

Dated this 31st day of July 2024.

Tana Lin
United States District Judge

ORDER TO SHOW CAUSE - 2