UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF and BRIANA D. GAGE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SHORELINE; KING COUNTY; TOWN & COUNTRY MARKETS; EVAN B. FAGAN; WILLIAM C. AKERS; and MR. THOMPSON,<br><br>Defendants. | CASE NO. 2:24-cv-00343-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Defendants' Motion to Dismiss (Dkt. No. 43) is RENOTED for **September 30, 2024**.

- Plaintiff Benshoof is DIRECTED to file a response to the motion on or before **September 16, 2024**.

- Defendants Fagan and Town & Country Markets are DIRECTED to file any reply **within fourteen (14) days** of Plaintiff Benshoof's response.

Dated this 1st day of August 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1