The Honorable Tana Lin
United States District Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, and BRIANA D. GAGE, | No. 2:24-cv-00343-TL |
| Plaintiffs, | |
| v. | DECLARATION OF ANN SUMMERS IN SUPPORT OF SHORELINE AND KING COUNTY DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12 ( c ) |
| CITY OF SHORELINE, KING COUNTY, TOWN & COUNTRY MARKETS, EVAN B. FAGAN, WILLIAM C. AKERS and MR. THOMPSON, | |
| Defendants. | |

I, Ann Summers, declare as follows:

1. I am over the age of 18 and I am competent to testify as to the matters stated herein. I am the representing the Plaintiffs in this case.

2. Attached as Exhibits A is a true and correct copy of the City of Shoreline Police Trespass Program Criminal Trespass Order/Admonishment issued to Kurt Benshoof on April 9, 2021.

3. I am aware of this Court's standing order that requires parties to make a meaningful effort to confer prior to filing a motion. In my email communications with Benshoof in this matter, he has accused me of various crimes, including fraud and misappropriation of public funds, and has been extremely disrespectful. Ex. C; Dkt. 25. Benshoof has a

DECLARATION OF SUMMERS RE: MOTION TO
DISMISS [No. 3:24-cv-00343-TL] - 1

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

history of harassing behavior toward attorneys and judges. *See Benshoof et al. v. Admon et al.*, 2:23-cv-1392-JNW, *Benshoof v. Keenan,* 2:23-cv-00751-RAJ, *Benshoof v. Keenan*, 2:24-cv-00382-JNW, and *Benshoof v. Ferguson*, 2:24-cv-00808-JHC. In light of these facts, I believe that there is no possibility of meaningfully conferring with Benshoof on the present motion, and did not attempt to do so. At the time of this filing Benshoof was incarcerated in the King County Jail pending multiple criminal charges. I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Signed this 30th day of August, 2024 at Seattle, Washington.

_____
ANN M. SUMMERS

DECLARATION OF SUMMERS RE: MOTION TO DISMISS [No. 3:24-cv-00343-TL] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

# Exhibit A

Case # C21010957



(no signature required)

☐ You are not under arrest. You are being advised that the Shoreline Police Department has been requested to enforce a no loitering/no trespassing policy by the property owners. If you are contacted at this location again, loitering or trespassing, you will be issued a trespass warning and will not be allowed to return for a period of one year.

(trespass admonishment/signature required)

☑ **CITY OF SHORELINE TRESPASS PROGRAM**
**CRIMINAL TRESPASS ORDER/ADMONISHMENT**

I acknowledge that I have been advised of the Shoreline Criminal Code Trespass Law, SCC 9A.52.080. I know that I am subject to arrest for criminal trespass if I am found at this location again. I understand that my refusal to sign this form does not relieve me from criminal prosecution should I ignore this warning. I further acknowledge that I was given a copy of this order by a Shoreline Police Officer.

NOT OBTAINED
DUE TO COVID                J. TSETEN                                  102844
Subject's Signature          Officer's Name                    Officer's Serial #

Date 04 / 09 / 21  Time 1052  Business Name CENTRAL MARKET
Address 15505 WESTMINSTER WAY        City SHORELINE  ZIP 98133

**SUBJECT DESCRIPTION**

Name BENSHOFF, KURT A
Address 4241 GREENWOOD AVE N   City SEATTLE   Zip 98103
Race _____  Sex M   DOB 07/18/1969
Height 6.00  Weight 175  Hair _____  Eyes BLU
Other _____  DOL # BENSHKA 319AQ  Phone Number _____