UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT A. BENSHOOF and BRIANA D. GAGE,

          Plaintiffs,

v.

CITY OF SHORELINE; KING COUNTY; TOWN & COUNTRY MARKETS; EVAN B. FAGAN; WILLIAM C. AKERS; and MR. THOMPSON,

          Defendants.

CASE NO. 2:24-cv-00343-TL

ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. On July 31, 2024, the Court ordered Plaintiff Briana D. Gage to show cause "why she should not be dismissed from this matter for failure to prosecute and failure to comply with a court order" within 14 days of the Order. Dkt. No. 56 at 2. To date, Plaintiff Gage has not responded to the Court's Order, nor has she taken any other action on the docket.

Accordingly, Plaintiff Gage is DISMISSED WITHOUT PREJUDICE from this matter.

Dated this 16th day of September 2024.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1