The Honorable Tana Lin
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, et al., | No. 2:24-cv-00343-TL |
| Plaintiff, | |
| v. | SHORELINE AND KING COUNTY DEFENDANTS' OPPOSITION TO MOTION TO STAY |
| CITY OF SHORELINE, et al., | |
| Defendants. | *Noted for September 30, 2024* |

Plaintiffs Benshoof and Gage filed this lawsuit on March 11, 2024. Dkt. 14. Plaintiffs were granted in forma pauperis status. Dkt. 9, 13. Defendants King County, Deputy Akers, and Thompson (hereinafter "King County Defendants") answered the complaint on May 31, 2024. Dkt. 27. Defendant City of Shoreline answered the complaint on July 1, 2024. Dkt. 46. Defendants Town & County Markets and Fagan filed a motion to dismiss pursuant to FRCP 12(b) that was renoted by this Court for September 30, 2024. Dkt. 43, 57. Defendant City of Shoreline and King County Defendants filed a motion to dismiss pursuant to FRCP 12(c) on August 30, 2024, which is noted for September 30, 2024. Dkt. 59.

On July 31, 2024, this Court entered an Order to Show Cause, required Gage to show cause within 14 days why she should not be dismissed for failure to prosecute and failure to comply with a court order. Dkt. 56. Gage never responded. Gage was dismissed by this Court on September 16. Dkt. 63.

SHORELINE AND KING COUNTY DEFENDANTS'
OPPOSITION TO MOTION TO STAY
[No. 3:24-cv-00343-TL] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

In July, Benshoof was arrested and is now in jail in King County pending various criminal charges in Seattle Municipal Court and King County Superior Court. Dkt 62. In an 11-page handwritten motion citing legal authority, Benshoof has moved to stay this matter indefinitely until he is released from jail. *Id.*

As this Court is aware, many incarcerated individuals are able to litigate their claims in federal court. Benshoof's motion demonstrates that he is capable of creating documents and filing them with this Court. An indefinite stay of the proceedings would be prejudicial to the defendants and there is no basis to stay this lawsuit indefinitely.[1]

*I certify that this Memorandum contains 420 words in compliance with Local Civil Rules.*

DATED this 19th day of September, 2024.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: _____
ANN SUMMERS, WSBA #21509
Senior Deputy Prosecuting Attorney
Attorneys for Defendants Shoreline & King County
701 5th Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120/Fax: (206) 296-0191
ann.summers@kingcounty.gov

---

[1] Benshoof's allegation that undersigned counsel has a "conflict of interest" because counsel's defense of Deputy Akers and Detective Thompson is a misappropriation of public funds in violation of RCW 42.20.070 is frivolous. "RCW 42.20.070 applies to public officers or employees who receive money on behalf or on account of the people of the state. On its face, the statute applies to money, not public resources." In re Recall of Weyrich, __ Wash.3d __, 2024 WL 3977205 at *5 (Wash. Aug. 29, 2024). Moreover, "the state has a legitimate interest in providing representation to its employees for suits arising out of the performance of their duties. It makes no difference whether the acts by the employees are allegedly legal or illegal because that question can never be resolved until the law suit is at an end." Wimberley v. Lynch, 460 F.2d 316, 317 (9th Cir. 1972).

SHORELINE AND KING COUNTY DEFENDANTS'
OPPOSITION TO MOTION TO STAY
[No. 3:24-cv-00343-TL] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will send automatic notification to the following:

Kurt A. Benshoof
1716 N 128th Street
Shoreline, WA 98133
kurtbenshoof@gmail.com
*Pro Se Plaintiff*

I also hereby certify that on September 19, 2024, I sent the same via US Postal Service to the following:

Kurt A. Benshoof
B/A 2024-008067
King County Correctional Facility
500 Fifth Ave.
Seattle, WA 98104

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 19th day of September, 2024.

_____
RAFAEL A. MUNOZ-CINTRON
Paralegal I – Litigation Section
King County Prosecuting Attorney's Office

SHORELINE AND KING COUNTY DEFENDANTS'
OPPOSITION TO MOTION TO STAY
[No. 3:24-cv-00343-TL] - 3

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191