

Returned mail envelope from Clerk, United States District Court, 700 Stewart Street, Suite 2310, Seattle, WA 98101, addressed to Kurt Benshoof at King County Regional Justice Center, 620 W James, Kent, WA 98032. USPS label: "RETURN TO SENDER — ATTEMPTED — NOT KNOWN — UNABLE TO FORWARD." Postmarked Seattle WA, 16 SEP 2024. Filed/Received stamp: SEP 27 2024, Clerk U.S. District Court, Western District of Washington at Seattle.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF and BRIANA D. GAGE, | CASE NO. 2:24-cv-00343-TL |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| CITY OF SHORELINE; KING COUNTY; TOWN & COUNTRY MARKETS; EVAN B. FAGAN; WILLIAM C. AKERS; and MR. THOMPSON, | |
| Defendants. | |

This matter is before the Court *sua sponte*. On July 31, 2024, the Court ordered Plaintiff Briana D. Gage to show cause "why she should not be dismissed from this matter for failure to prosecute and failure to comply with a court order" within 14 days of the Order. Dkt. No. 56 at 2. To date, Plaintiff Gage has not responded to the Court's Order, nor has she taken any other action on the docket.

Accordingly, Plaintiff Gage is DISMISSED WITHOUT PREJUDICE from this matter.

Dated this 16th day of September 2024.

*[signature]*

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1