The Honorable Tana Lin
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, and BRIANA D. GAGE, | ) |
| Plaintiffs, | ) No. 2:24-cv-00343-TL |
| v. | ) DECLARATION OF ANN SUMMERS IN SUPPORT OF SHORELINE AND KING COUNTY DEFENDANTS' OPPOSITION TO MOTION FOR "JURISDICTIONAL DISCOVERY" |
| CITY OF SHORELINE, KING COUNTY, TOWN & COUNTRY MARKETS, EVAN B. FAGAN, WILLIAM C. AKERS and MR. THOMPSON, | ) |
| Defendants. | ) |

I, Ann Summers, declare as follows:

1. I am over the age of 18 and I am competent to testify as to the matters stated herein. I am an attorney and represent Defendants Shoreline, King County, Deputy Akers and Detective Thompson in this case.

2. Attached as Exhibit A are true and correct copies of the signed Verdicts in Seattle Municipal Court Case Nos. 671384, 676175, 676207, 676216, 676463 and 67492, which were returned by the jury on September 27, 2024, according to Seattle Municipal Court records.

DECLARATION OF ANN SUMMERS IN SUPPORT OF KING COUNTY DEFENDANTS' MOTION TO REVOKE PLAINTIFFS' IFP STATUS [No. 3:24-cv-00343-TL] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

3. Attached as Exhibit B is a true and correct copy of the First Amended Information filed in King County Superior Court on August 15, 2024, in *State v. Kurt Benshoof*, No. 24-1-02680-7 SEA.

4. Attached as Exhibit C is a true and correct copy of the Motion and Order to Continue in *State v. Benshoof*, No. 24-1-02680-7 SEA, reflecting that trial is currently scheduled for January 13, 2025, and that Benshoof has been appointed counsel.

5. Defendants Shoreline, King County, Akers and Thompson have received no discovery requests to date in this case.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Signed this 1st day of November, 2024, at Seattle, Washington.

ANN M. SUMMERS

DECLARATION OF ANN SUMMERS IN SUPPORT OF KING COUNTY DEFENDANTS' MOTION TO REVOKE PLAINTIFFS' IFP STATUS [No. 3:24-cv-00343-TL] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191