1

2

The Honorable Tana Lin
United States District Judge

3

4

5

6          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                      AT SEATTLE

8    KURT A. BENSHOOF, and BRIANA D. GAGE,        )
                                                  )    No. 2:24-cv-00343-TL
9                            Plaintiffs,          )
                                                  )    DECLARATION OF ANN
10        v.                                      )    SUMMERS IN SUPPORT OF
                                                  )    SHORELINE AND KING COUNTY
11   CITY OF SHORELINE, KING COUNTY,              )    DEFENDANTS' OPPOSITION TO
     TOWN & COUNTRY MARKETS, EVAN B.              )    MOTION FOR "JURISDICTIONAL
12   FAGAN, WILLIAM C. AKERS and MR.              )    DISCOVERY"
     THOMPSON,                                    )
13                                                )
                             Defendants.          )
14   _____ )

15       I, Ann Summers, declare as follows:

16       1.  I am over the age of 18 and I am competent to testify as to the matters stated herein.  I

17       am an attorney and represent Defendants Shoreline, King County, Deputy Akers and

18       Detective Thompson in this case.

19       2.  Attached as Exhibit A are true and correct copies of the signed Verdicts in Seattle

20       Municipal Court Case Nos. 671384, 676175, 676207, 676216, 676463 and 67492,

21       which were returned by the jury on September 27, 2024, according to Seattle Municipal

22       Court records.

23

DECLARATION OF ANN SUMMERS IN SUPPORT OF
KING COUNTY DEFENDANTS' MOTION TO REVOKE
PLAINTIFFS' IFP STATUS [No. 3:24-cv-00343-TL] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

1

2

3   3.   Attached as Exhibit B is a true and correct copy of the First Amended Information filed in King County Superior Court on August 15, 2024, in *State v. Kurt Benshoof*, No. 24-1-02680-7 SEA.

4

5

6   4.   Attached as Exhibit C is a true and correct copy of the Motion and Order to Continue in *State v. Benshoof*, No. 24-1-02680-7 SEA, reflecting that trial is currently scheduled for January 13, 2025, and that Benshoof has been appointed counsel.

7

8   5.   Defendants Shoreline, King County, Akers and Thompson have received no discovery requests to date in this case.

9

10  I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

11  Signed this 1st day of November, 2024, at Seattle, Washington.

12

13                                          ANN M. SUMMERS

14

15

16

17

18

19

20

21

22

23

DECLARATION OF ANN SUMMERS IN SUPPORT OF
KING COUNTY DEFENDANTS' MOTION TO REVOKE
PLAINTIFFS' IFP STATUS [No. 3:24-cv-00343-TL] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

# Exhibit 1

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                               Plaintiff,
                                          )    No. 671384, 676175, 676207,
                                               676216, 676463, 676492
                                          )
        vs.                               )    VERDICT FORM 1
                                          )
                                          )
KURT BENSHOOF,                            )
        Defendant.                        )
                                          )
_____         )


    We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                             (defendant's name)

_____*guilty*_____ of the crime of Custodial Interference
(write in not guilty or guilty)

as charged in Count 1.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                    )        No. 671384, 676175, 676207,
                                    )        676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 2
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


    We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                            (defendant's name)

_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about May 16, 2022 as charged in Count 2.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )   Plaintiff,
                                        No. 671384, 676175, 676207,
                                        676216, 676463, 676492
                                    )
        vs.                         )      VERDICT FORM 3
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____ )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                      (defendant's name)

*Guilty* _____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about July 6, 2022 as charged in Count 3.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,            )

                             Plaintiff,
                             No. 671384, 676175, 676207,
                        676216, 676463, 676492

                       )

       vs.               )        VERDICT FORM 4

                       )

KURT BENSHOOF,          )
       Defendant.        )
_____)

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                      (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about September 15, 2022 as charged in Count 4.

                    _____
                          PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                             No. 671384, 676175, 676207,
                                             676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 5
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

<u>Guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about September 25, 2022 as charged in Count 5.

                        _____
                                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                   )    Plaintiff,
                                        No. 671384, 676175, 676207,
                                        676216, 676463, 676492
                                   )
            vs.                    )        VERDICT FORM 6
                                   )
KURT BENSHOOF,                     )
            Defendant.             )
_____  )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

<u>guilty</u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about September 27, 2022 as charged in Count 6.

_____
              PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )   Plaintiff,
                                        No. 671384, 676175, 676207,
                                        676216, 676463, 676492
                                    )
         vs.                        )   VERDICT FORM 7
                                    )
KURT BENSHOOF,                      )
         Defendant.                 )
_____    )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

<u>guilty</u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about September 28, 2022 as charged in Count 7.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE,  ) | |
|     ) | Plaintiff, |
|     | No. 671384, 676175, 676207, 676216, 676463, 676492 |
|     ) | |
| **vs.**    ) | VERDICT FORM 8 |
|     ) | |
| KURT BENSHOOF,    ) | |
|     Defendant.    ) | |
| _____ ) | |

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                    (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 1, 2022 as charged in Count 8.

_____*Bryuue*_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
        vs.                         )    VERDICT FORM 9
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

____*Guilty*____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 2, 2022 as charged in Count 9.

                        _____
                                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                                   Plaintiff,
                                                   No. 671384, 676175, 676207,
                                            676216, 676463, 676492

                                    )
        vs.                         )          VERDICT FORM 10
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____    )

        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                                (defendant's name)

<u>guilty</u>          of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 3, 2022 as charged in Count 10.

                                    _____
                                          PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

| | | |
|---|---|---|
| CITY OF SEATTLE, | ) | |
| | ) | Plaintiff, |
| | | No. 671384, 676175, 676207, 676216, 676463, 676492 |
| | ) | |
| vs. | ) | VERDICT FORM 11 |
| | ) | |
| KURT BENSHOOF, | ) | |
| Defendant. | ) | |
| _____ | ) | |

We, the jury, find the defendant, <u>Kurt Benshoof</u>,
(defendant's name)

<u>guilty</u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 4, 2022 as charged in Count 11.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                        )
                                        )        Plaintiff,
                                        )        No. 671384, 676175, 676207,
                                        )        676216, 676463, 676492
                                        )
              vs.                       )        VERDICT FORM 12
                                        )
KURT BENSHOOF,                          )
        Defendant.                      )
_____   )


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                (defendant's name)

___*guilty*___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 7, 2022 as charged in Count 12.

                        _____
                            PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
        vs.                         )    VERDICT FORM 13
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____ )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                    (defendant's name)

_____<u>guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 9, 2022 as charged in Count 13.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

| | | |
|---|---|---|
| CITY OF SEATTLE, | ) | |
| | | Plaintiff, |
| | | No. 671384, 676175, 676207, 676216, 676463, 676492 |
| | ) | |
| vs. | ) | VERDICT FORM 14 |
| | ) | |
| KURT BENSHOOF, | ) | |
| Defendant. | ) | |
| _____ | ) | |

We, the jury, find the defendant, <u>Kurt Benshoof</u>
(defendant's name)

<u>*guilty*</u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 10, 2022 as charged in Count 14.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

| | | |
|---|---|---|
| CITY OF SEATTLE, | ) | |
| | ) | Plaintiff, |
| | | No. 671384, 676175, 676207, 676216, 676463, 676492 |
| | ) | |
| vs. | ) | VERDICT FORM 15 |
| | ) | |
| KURT BENSHOOF, | ) | |
| Defendant. | ) | |
| _____ | ) | |

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                    (defendant's name)

___*guilty*___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 13, 2022 as charged in Count 15.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                        )
                                        )    Plaintiff,
                                        )    No. 671384, 676175, 676207,
                                        )    676216, 676463, 676492
                                        )
        vs.                             )    VERDICT FORM 16
                                        )
KURT BENSHOOF,                          )
        Defendant.                      )
_____)


    We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                          (defendant's name)

___<u>guilty</u>___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 17, 2022 as charged in Count 16.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                     )
                                     )        Plaintiff,
                                     )        No. 671384, 676175, 676207,
                                     )     676216, 676463, 676492
                                     )
          vs.                        )        VERDICT FORM 17
                                     )
KURT BENSHOOF,                       )
          Defendant.                 )
_____    )

    We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

_____ _guilty_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 19, 2022 as charged in Count 17.

                         _____
                              PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
       vs.                          )    VERDICT FORM 18
                                    )
KURT BENSHOOF,                      )
       Defendant.                   )
_____ )


       We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

       _<u>guilty</u>_ of the crime of Violation of a Court Order
       (write in not guilty or guilty)

committed on or about October 24, 2022 as charged in Count 18.

                              _____
                                     PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                   )    Plaintiff,
                                   )    No. 671384, 676175, 676207,
                                   )    676216, 676463, 676492
                                   )
        vs.                        )    VERDICT FORM 19
                                   )
KURT BENSHOOF,                     )
        Defendant.                 )
_____    )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

____<u>guilty</u>____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 25, 2022 as charged in Count 19.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                    )    No. 671384, 676175, 676207,
                                    )    676216, 676463, 676492
                                    )
        vs.                         )    VERDICT FORM 20
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

_____<u>guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 26, 2022 as charged in Count 20.

                        _____
                              PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
          vs.                       )    VERDICT FORM 21
                                    )
KURT BENSHOOF,                      )
          Defendant.                )
_____)


    We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                         (defendant's name)

    _<u>guilty</u>_ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about October 27, 2022 as charged in Count 21.

                    _____
                         PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )          Plaintiff,
                                    )          No. 671384, 676175, 676207,
                                    )          676216, 676463, 676492
                                    )
        vs.                         )          VERDICT FORM 22
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

<u>_guilty_</u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 2, 2022 as charged in Count 22.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )      Plaintiff,
                                    )      No. 671384, 676175, 676207,
                                    )      676216, 676463, 676492
                                    )
        vs.                         )      VERDICT FORM 23
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

        <u>guilty</u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 15, 2022 as charged in Count 23.

                        _____
                                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 24
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                           (defendant's name)
<u>    guilty    </u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 16, 2022 as charged in Count 24.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                    )        No. 671384, 676175, 676207,
                                    )        676216, 676463, 676492
                                    )
            vs.                     )        VERDICT FORM 25
                                    )
KURT BENSHOOF,                      )
            Defendant.              )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                      (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 17, 2022 as charged in Count 25.

                         _____
                         PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )

                                 Plaintiff,
                                 No. 671384, 676175, 676207,
                               676216, 676463, 676492

                         )

      vs.                           )          VERDICT FORM 26

                         )

KURT BENSHOOF,                      )
      Defendant.                    )
_____     )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                       (defendant's name)

<u>    guilty    </u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 20, 2022 as charged in Count 26.

                                 _____
                                     PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )      Plaintiff,
                                           No. 671384, 676175, 676207,
                                           676216, 676463, 676492
                                    )
        vs.                         )      VERDICT FORM 27
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


        We, the jury, find the defendant, __Kurt Benshoof__
                                              (defendant's name)

____*guilty*____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 21, 2022 as charged in Count 27.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                             No. 671384, 676175, 676207,
                                             676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 28
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____     )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 23, 2022 as charged in Count 28.

                        _____
                        PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )      Plaintiff,
                                    )      No. 671384, 676175, 676207,
                                    )      676216, 676463, 676492
                                    )
        vs.                         )      VERDICT FORM 29
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                      (defendant's name)

_____<u>guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 24, 2022 as charged in Count 29.

_____
·PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                    )    No. 671384, 676175, 676207,
                                    )    676216, 676463, 676492
                                    )
        vs.                         )    VERDICT FORM 30
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____    )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 25, 2022 as charged in Count 30.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                      )
                                      )       Plaintiff,
                                      )       No. 671384, 676175, 676207,
                                      )       676216, 676463, 676492
                                      )
          vs.                         )       VERDICT FORM 31
                                      )
KURT BENSHOOF,                        )
          Defendant.                  )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

____<u>guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 27, 2022 as charged in Count 31.

_____
            PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                    )        No. 671384, 676175, 676207,
                                    )        676216, 676463, 676492
                                    )
          vs.                       )        VERDICT FORM 32
                                    )
KURT BENSHOOF,                      )
          Defendant.                )
_____     )


     We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                         (defendant's name)

     <u>*guilty*</u>      of the crime of Violation of a Court Order
     (write in not guilty or guilty)

committed on or about November 29, 2022 as charged in Count 32.

                              _____
                                   PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                   )    Plaintiff,
                                   )    No. 671384, 676175, 676207,
                                   )    676216, 676463, 676492
                                   )
        vs.                        )    VERDICT FORM 33
                                   )
KURT BENSHOOF,                     )
        Defendant.                 )
_____)


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

___<u>Guilty</u>___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about November 30, 2022 as charged in Count 33.

                        _____
                        PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )       Plaintiff,
                                          )       No. 671384, 676175, 676207,
                                          )       676216, 676463, 676492
                                          )
        vs.                               )       VERDICT FORM 34
                                          )
KURT BENSHOOF,                            )
        Defendant.                        )
_____)


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                    (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 1, 2022 as charged in Count 34.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )       Plaintiff,
                                    )       No. 671384, 676175, 676207,
                                    )       676216, 676463, 676492
                                    )
            vs.                     )       VERDICT FORM 35
                                    )
KURT BENSHOOF,                      )
            Defendant.              )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 3, 2022 as charged in Count 35.

                        _____
                                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )        Plaintiff,
                                                   No. 671384, 676175, 676207,
                                          676216, 676463, 676492
                                          )
        vs.                               )        VERDICT FORM 36
                                          )
KURT BENSHOOF,                            )
        Defendant.                        )
_____          )


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                   (defendant's name)

___*guilty*___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 4, 2022 as charged in Count 36.

        _____
                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )     Plaintiff,
                                    )     No. 671384, 676175, 676207,
                                    )     676216, 676463, 676492
                                    )
        vs.                         )     VERDICT FORM 37
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____     )


We, the jury, find the defendant, <u>Kurt Benshoof</u>

                                          (defendant's name)

___<u>guilty</u>___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 5, 2022 as charged in Count 37.

_____

PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

| | | |
|---|---|---|
| CITY OF SEATTLE, | ) | |
| | | Plaintiff, |
| | | No. 671384, 676175, 676207, |
| | | 676216, 676463, 676492 |
| | ) | |
| vs. | ) | VERDICT FORM 38 |
| | ) | |
| KURT BENSHOOF, | ) | |
| Defendant. | ) | |
| | ) | |

We, the jury, find the defendant, <u>Kurt Benshoof</u>
(defendant's name)

<u>guilty</u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 6, 2022 as charged in Count 38.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )           Plaintiff,
                                    )           No. 671384, 676175, 676207,
                                    )           676216, 676463, 676492
                                    )
            vs.                     )           VERDICT FORM 39
                                    )
KURT BENSHOOF,                      )
            Defendant.              )
_____     )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

___<u>guilty</u>___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 8, 2022 as charged in Count 39.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )

                                 Plaintiff,
                                 No. 671384, 676175, 676207,
                               676216, 676463, 676492

                        )
        vs.                    )            VERDICT FORM 40
                        )
KURT BENSHOOF,                            )
        Defendant.        )
_____)

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                          (defendant's name)

*guilty* of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 10, 2022 as charged in Count 40.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )      Plaintiff,
                                          )      No. 671384, 676175, 676207,
                                          )      676216, 676463, 676492
                                          )
          vs.                             )      VERDICT FORM 41
                                          )
KURT BENSHOOF,                            )
          Defendant.                      )
_____    )


     We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

_____<u>guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 11, 2022 as charged in Count 41.

                    _____
                         PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                         )
                                          )        Plaintiff,
                                          )        No. 671384, 676175, 676207,
                                          )     676216, 676463, 676492
                                          )
          vs.                             )        VERDICT FORM 42
                                          )
KURT BENSHOOF,                            )
          Defendant.                      )
_____   )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                           (defendant's name)

____<u>guilty</u>____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 13, 2022 as charged in Count 42.

                            _____
                                  PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )

                                    )        Plaintiff,
                                             No. 671384, 676175, 676207,
                                             676216, 676463, 676492

                                    )

        vs.                         )        VERDICT FORM 43

                                    )

KURT BENSHOOF,                      )

        Defendant.                  )

_____   )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

<u>  guilty  </u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 14, 2022 as charged in Count 43.

_____
                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )     Plaintiff,
                                    )     No. 671384, 676175, 676207,
                                    )     676216, 676463, 676492
                                    )
        vs.                         )     VERDICT FORM 44
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

____<u>Guilty</u>____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 15, 2022 as charged in Count 44.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 45
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 16, 2022 as charged in Count 45.

                          _____
                          PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                    )    No. 671384, 676175, 676207,
                                    )    676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 46
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

____<u>guilty</u>____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 18, 2022 as charged in Count 46.

_____
        PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )       Plaintiff,
                                          )       No. 671384, 676175, 676207,
                                          )       676216, 676463, 676492
                                          )
          vs.                             )       VERDICT FORM 47
                                          )
KURT BENSHOOF,                            )
          Defendant.                      )
_____          )

        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                (defendant's name)

___*guilty*___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 19, 2022 as charged in Count 47.

                    _____
                            PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                             No. 671384, 676175, 676207,
                                             676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 48
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____     )


    We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

____*guilty*____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 20, 2022 as charged in Count 48.

                    _____
                         PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )

                            Plaintiff,
                            No. 671384, 676175, 676207,
                            676216, 676463, 676492

                    )
    vs.                            )          VERDICT FORM 49
                    )
KURT BENSHOOF,                      )
    Defendant.                     )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

_*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 21, 2022 as charged in Count 49.

_____
             PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                   )    Plaintiff,
                                        No. 671384, 676175, 676207,
                                        676216, 676463, 676492
                                   )
         vs.                       )    VERDICT FORM 50
                                   )
KURT BENSHOOF,                     )
         Defendant.                )
_____)


We, the jury, find the defendant, _Kurt Benshoof_
                                        (defendant's name)

___*Guilty*___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 22, 2022 as charged in Count 50.

_____
        PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )        Plaintiff,
                                          )        No. 671384, 676175, 676207,
                                          )        676216, 676463, 676492
                                          )
        vs.                               )        VERDICT FORM 51
                                          )
KURT BENSHOOF,                            )
        Defendant.                        )
_____          )


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                (defendant's name)

____*Guilty*____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 23, 2022 as charged in Count 51.

                              _____
                              PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                             No. 671384, 676175, 676207,
                                             676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 52
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____     )


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

  ___*guilty*___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 24, 2022 as charged in Count 52.

                        _____
                        PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 53
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____     )


    We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                            (defendant's name)

____<u>*guilty*</u>____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 25, 2022 as charged in Count 53.

            _____
                    PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

| | | |
|---|---|---|
| CITY OF SEATTLE, | ) | |
| | | Plaintiff, |
| | | No. 671384, 676175, 676207, |
| | | 676216, 676463, 676492 |
| | ) | |
| vs. | ) | VERDICT FORM 54 |
| | ) | |
| KURT BENSHOOF, | ) | |
| Defendant. | ) | |
| | ) | |

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                      (defendant's name)

_____<u>Guilty</u>_____of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 26, 2022 as charged in Count 54.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )       Plaintiff,
                                            No. 671384, 676175, 676207,
                                            676216, 676463, 676492
                                    )
             vs.                    )       VERDICT FORM 55
                                    )
KURT BENSHOOF,                      )
             Defendant.             )
_____   )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

<u>guilty</u>         of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 27, 2022 as charged in Count 55.

                          _____
                          PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )        Plaintiff,
                                          )        No. 671384, 676175, 676207,
                                          )        676216, 676463, 676492
                                          )
        vs.                               )        VERDICT FORM 56
                                          )
KURT BENSHOOF,                            )
        Defendant.                        )
_____ )


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                    (defendant's name)

    <u>guilty</u>        of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 28, 2022 as charged in Count 56.

                              _____
                                  PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
         vs.                        )    VERDICT FORM 57
                                    )
                                    )
KURT BENSHOOF,                      )
         Defendant.                 )
_____    )

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 29, 2022 as charged in Count 57.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                    )        No. 671384, 676175, 676207,
                                    )    676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 58
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


        We, the jury, find the defendant, _Kurt Benshoof_
                                          (defendant's name)

___*guilty*___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about December 30, 2022 as charged in Count 58.

                        _____
                                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )        Plaintiff,
                                          )        No. 671384, 676175, 676207,
                                          )        676216, 676463, 676492
                                          )
        vs.                               )        VERDICT FORM 59
                                          )
KURT BENSHOOF,                            )
        Defendant.                        )
_____     )


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

<u>   *guilty*   </u> of the crime of Violation of a Court Order
(write in not/guilty or guilty)

committed on or about December 31, 2022 as charged in Count 59.

_____
        PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )       Plaintiff,
                                    )       No. 671384, 676175, 676207,
                                    )       676216, 676463, 676492
                                    )
        vs.                         )       VERDICT FORM 60
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

___<u>Guilty</u>___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 1, 2023 as charged in Count 60.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                    )    No. 671384, 676175, 676207,
                                    )    676216, 676463, 676492
                                    )
         vs.                        )    VERDICT FORM 61
                                    )
KURT BENSHOOF,                      )
         Defendant.                 )
_____    )


We, the jury, find the defendant, _Kurt Benshoof_
                                        (defendant's name)

____*guilty*____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 2, 2023 as charged in Count 61.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                         )
                                         )     Plaintiff,
                                         )     No. 671384, 676175, 676207,
                                         )   676216, 676463, 676492
                                         )
        vs.                              )     VERDICT FORM 62
                                         )
KURT BENSHOOF,                           )
        Defendant.                       )
_____  )


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                             (defendant's name)

___*guilty*___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 3, 2023 as charged in Count 62.

_____
        PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )      Plaintiff,
                                          )      No. 671384, 676175, 676207,
                                          )      676216, 676463, 676492
                                          )
            vs.                           )      VERDICT FORM 63
                                          )
KURT BENSHOOF,                            )
            Defendant.                    )
_____     )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                           (defendant's name)

_____*Guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 4, 2023 as charged in Count 63.

_____
          PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                      )
                                      )       Plaintiff,
                                      )       No. 671384, 676175, 676207,
                                      )       676216, 676463, 676492
                                      )
            vs.                       )       VERDICT FORM 64
                                      )
KURT BENSHOOF,                        )
            Defendant.                )
_____     )

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                    (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 5, 2023 as charged in Count 64.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )          Plaintiff,
                                    )          No. 671384, 676175, 676207,
                                    )          676216, 676463, 676492
                                    )
          vs.                       )          VERDICT FORM 65
                                    )
KURT BENSHOOF,                      )
          Defendant.                )
_____ )


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

<u>guilty</u>          of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 6, 2023 as charged in Count 65.

                              _____
                                    PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                )

                      Plaintiff,
                      No. 671384, 676175, 676207,
                676216, 676463, 676492

                )

    vs.            )     VERDICT FORM 66

                )

KURT BENSHOOF,          )
    Defendant.      )

_____)

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                   (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 7, 2023 as charged in Count 66.

                           _____
                            PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 67
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

<u>  guilty  </u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 8, 2023 as charged in Count 67.

                            _____
                            PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                             No. 671384, 676175, 676207,
                                             676216, 676463, 676492
                                    )
          vs.                       )        VERDICT FORM 68
                                    )
KURT BENSHOOF,                      )
          Defendant.                )
_____    )


     We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                            (defendant's name)

     <u>guilty</u>       of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 9, 2023 as charged in Count 68.

                              _____
                                   PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

| | | |
|---|---|---|
| CITY OF SEATTLE, | ) | |
| | | Plaintiff, |
| | | No. 671384, 676175, 676207, 676216, 676463, 676492 |
| | ) | |
| vs. | ) | VERDICT FORM 69 |
| | ) | |
| KURT BENSHOOF, | ) | |
| Defendant. | ) | |

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                    (defendant's name)

_Guilty_ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 10, 2023 as charged in Count 69.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                       )
                                       )    Plaintiff,
                                       )    No. 671384, 676175, 676207,
                                       )    676216, 676463, 676492
                                       )
          vs.                          )    VERDICT FORM 70
                                       )
KURT BENSHOOF,                         )
          Defendant.                   )
_____)


          We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

_<u>Guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 11, 2023 as charged in Count 70.

                              _____
                              PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                    )        No. 671384, 676175, 676207,
                                    )        676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 71
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

____<u>guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 12, 2023 as charged in Count 71.

_____
         PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                    )        No. 671384, 676175, 676207,
                                    )    676216, 676463, 676492
                                    )
        vs.                         )        VERDICT FORM 72
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____     )

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                            (defendant's name)

_<u>guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 14, 2023 as charged in Count 72.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )       Plaintiff,
                                    )       No. 671384, 676175, 676207,
                                    )       676216, 676463, 676492
                                    )
        vs.                         )       VERDICT FORM 73
                                    )
KURT BENSHOOF,                      )
        Defendant.                  )
_____    )


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                                    (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 15, 2023 as charged in Count 73.

                        _____
                                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                         )
                                         )    Plaintiff,
                                              No. 671384, 676175, 676207,
                                              676216, 676463, 676492
                                         )
        vs.                              )    VERDICT FORM 74
                                         )
KURT BENSHOOF,                           )
        Defendant.                       )
_____)


        We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                              (defendant's name)

___<u>guilty</u>___ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 16, 2023 as charged in Count 74.

_____
        PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )        Plaintiff,
                                    )        No. 671384, 676175, 676207,
                                    )        676216, 676463, 676492
                                    )
         vs.                        )        VERDICT FORM 75
                                    )
KURT BENSHOOF,                      )
         Defendant.                 )
_____    )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

<u>guilty</u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 17, 2023 as charged in Count 75.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )    Plaintiff,
                                          )    No. 671384, 676175, 676207,
                                          )    676216, 676463, 676492
                                          )
        vs.                               )    VERDICT FORM 76
                                          )
KURT BENSHOOF,                            )
        Defendant.                        )
_____          )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

_____<u>Guilty</u>_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 18, 2023 as charged in Count 76.

_____
                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                   )    Plaintiff,
                                   )    No. 671384, 676175, 676207,
                                   )    676216, 676463, 676492
                                   )
        vs.                        )    VERDICT FORM 77
                                   )
KURT BENSHOOF,                     )
        Defendant.                 )
_____   )


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                      (defendant's name)

<u>guilty</u> of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 19, 2023 as charged in Count 77.

_____
PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                          )
                                          )      Plaintiff,
                                          )      No. 671384, 676175, 676207,
                                          )      676216, 676463, 676492
                                          )
            vs.                           )      VERDICT FORM 78
                                          )
KURT BENSHOOF,                            )
            Defendant.                    )
_____)


We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 20, 2023 as charged in Count 78.

_____
        PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,          )

                                Plaintiff,
                                No. 671384, 676175, 676207,
                                676216, 676463, 676492

          )

     vs.           )       VERDICT FORM 79

          )

KURT BENSHOOF,       )
     Defendant.    )

          )

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                     (defendant's name)

*guilty* of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 21, 2023 as charged in Count 79.

_____
                PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                    )
                                    )    Plaintiff,
                                         No. 671384, 676175, 676207,
                                         676216, 676463, 676492
                                    )
         vs.                        )    VERDICT FORM 80
                                    )
KURT BENSHOOF,                      )
         Defendant.                 )
_____    )


    We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                          (defendant's name)

    <u>guilty</u>           of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 22, 2023 as charged in Count 80.

                              _____
                              PRESIDING JUROR

IN THE MUNICIPAL COURT OF THE CITY OF SEATTLE
KING COUNTY, WASHINGTON

CITY OF SEATTLE,                              )

                                   Plaintiff,
                            No. 671384, 676175, 676207,
                        676216, 676463, 676492

                           )

      vs.                    )       VERDICT FORM 81

                           )

KURT BENSHOOF,                               )
      Defendant.                           )
_____)

We, the jury, find the defendant, <u>Kurt Benshoof</u>
                                        (defendant's name)

_____*guilty*_____ of the crime of Violation of a Court Order
(write in not guilty or guilty)

committed on or about January 23, 2023 as charged in Count 81.

_____
              PRESIDING JUROR

# Exhibit 2



FILED
KING COUNTY, WASHINGTON

AUG 15 2024

SUPERIOR COURT CLERK
BY Tonja Hutchinson
DEPUTY

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | | |
|---|---|---|
| THE STATE OF WASHINGTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 24-1-02680-7 SEA |
| | ) | |
| KURT ALDEN BENSHOOF, | ) | FIRST AMENDED INFORMATION |
| | ) | |
| Defendant. | ) | |
| | ) | |

     I, Leesa Manion, Prosecuting Attorney for King County in the name and by the authority of the State of Washington, do accuse KURT ALDEN BENSHOOF of the following crime[s], which are of the same or similar character, and which are based on the same conduct or a series of acts connected together or constituting parts of a common scheme or plan: **Felony Stalking – Domestic Violence, Attempting To Elude A Pursuing Police Vehicle, Attempting To Elude A Pursuing Police Vehicle, Harassment – Gross Misdemeanor,** committed as follows:

Count 1  Felony Stalking – Domestic Violence

     That the defendant KURT ALDEN BENSHOOF in King County, Washington, at a time in~~tervening~~ from November 3, 2021 to July 3, 2024, without lawful authority, (1)(a) did intentionally and repeatedly harass Jessica Rae Owen; and (b) did intentionally and repeatedly follow Jessica Rae Owen; and (c) did intentionally contact, follow, track, monitor, or attempt to contact, follow, track, or monitor Jessica Rae Owen after being given actual notice that Jessica Rae Owen did not want to be contacted, followed, tracked, or monitored; and  Jessica Rae Owen (2)(a) suffered substantial emotional distress or (2)(b) was placed in fear that the defendant intended to injure her, or another person, or property of Jessica Rae Owen, or property of another person; and that substantial emotional distress and/or fear was one that a reasonable person in the same situation would experience given the totality of circumstances; and (3)(a) the stalking violated any protective order protecting Jessica Rae Owen;

     Contrary to RCW 9A.46.110(1), (5)(b), and against the peace and dignity of the State of Washington.

     And further do allege the crime involves the following aggravating factor and accuse the defendant, Kurt Alden Benshoof of committing said offense involving domestic violence, as

AMENDED INFORMATION - 1

Leesa Manion (she/her)
Prosecuting Attorney
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742  FAX (206) 205-6104

1    defined in RCW 10.99.020, or stalking, as defined in RCW 9A.46.110, within sight or sound of

2    the victim's or the offender's minor child under the age of eighteen years; this allegation is under
the authority of RCW 9.94A.535(3)(h)(ii).

3        And further do allege the crime involves the following aggravating factor and accuse the
defendant, Kurt Alden Benshoof, of committing said offense involving domestic violence, as

4    defined in RCW 10.99.020,or stalking, as defined in RCW 9A.46.110, and the offense was part
of an ongoing pattern of psychological, physical or sexual abuse of the same victim or multiple

5    victims manifested by multiple incidents over a prolonged period of time; this allegation is under
the authority of RCW 9.94A.535(3)(h)(i).

6

7        And further do accuse the defendant, Kurt Alden Benshoof, at said time of committing
the above crime against an intimate partner as defined in RCW 10.99.020, which is a crime of
domestic violence as defined in RCW 10.99.020.

8

9                Count 2  Attempting To Elude A Pursuing Police Vehicle

10        That the defendant KURT ALDEN BENSHOOF in King County, Washington, on or
about April 27, 2023, while driving a motor vehicle and having been given a visual and audible

11    signal by a uniformed police officer to bring the vehicle to a stop, willfully failed and refused to
immediately stop and drove the vehicle in a reckless manner while attempting to elude a

12    pursuing police vehicle that was equipped with lights and sirens;

13        Contrary to RCW 46.61.024, and against the peace and dignity of the State of
Washington.

14                Count 3  Attempting To Elude A Pursuing Police Vehicle

15        That the defendant KURT ALDEN BENSHOOF in King County, Washington, on or
about August 26, 2023, while driving a motor vehicle and having been given a visual and audible

16    signal by a uniformed police officer to bring the vehicle to a stop, willfully failed and refused to
immediately stop and drove the vehicle in a reckless manner while attempting to elude a

17    pursuing police vehicle that was equipped with lights and sirens;

18        Contrary to RCW 46.61.024, and against the peace and dignity of the State of
Washington.

19

20                        Count 4  Harassment

21        That the defendant Kurt Alden Benshoof in King County, Washington, on or between
July 3, 2023 and July 3, 2024, without lawful authority, knowingly did threaten (a) to cause

22    bodily injury immediately or in the future to Magalie Lerman; (b) to maliciously do an act
intended to substantially harm Magalie Lerman with respect to her physical health or safety; and

23    the words or conduct did place Magalie Lerman in reasonable fear that the threat would be
carried out;

24

AMENDED INFORMATION - 2

**Leesa Manion (she/her)**
**Prosecuting Attorney**
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742  FAX (206) 205-6104

1        Contrary to RCW 9A.46.020(1), and against the peace and dignity of the State of

2    Washington.

3                             LEESA MANION (she/her)

4                             Prosecuting Attorney

5                             By:

6

7

8                             Stephanie R. Brennan, WSBA #48979

9                             Senior Deputy Prosecuting Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

AMENDED INFORMATION - 3

**Leesa Manion (she/her)**
**Prosecuting Attorney**
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742  FAX (206) 205-6104

# Exhibit 3



**FILED**
KING COUNTY, WASHINGTON

OCT 23 2024

SUPERIOR COURT CLERK
BY Matthew Gregory
DEPUTY

SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,

               Plaintiff,

vs.

Kurt Benshoof

               Defendant,

☒ In custody    ☐ Out of custody

No. _24-1-02680-7_ SEA

**MOTION AND ORDER TO CONTINUE NEXT HEARING(S)**
☐ **WAIVER**

**E-1201**
☐ (ORCTD) – Order for Continuance of Trial Date
☐ (ORCOMH) Order to Continue Omnibus Hearing
☒ (ORCOTD) Order for Continuance of Omnibus
    Hearing and Trial Date

_Clerk's Action Required_

Date of arraignment: _8/6/24_

---

The following court dates are set based on a **commencement date** of: _____

Defense counsel ☐ affirms that the Defendant prefers to appear through counsel for this hearing ☐ has previously affirmed on the record or through signed pleading that the Defendant prefers to appear through counsel at all hearings where that is allowed.

The Defendant appeared ☒ In person; ☐ Through counsel; ☐ Remotely (use only if an in-court hearing took place)

The ☒ Defense Counsel ☐ State made a motion to reset hearing dates and extend time-for-trial expiration by ☐ resetting the commencement date with a waiver (CrR 3.3(c)(2)(i)) ☒ continuing the trial date (CrR 3.3(f)(1) and/or CrR 3.3(f)(2) for the following reason(s): _new counsel appointed._
_____

☐ The Defendant ☐ The State objects to this continuance. ☒ The Defendant and the State agree to this continuance.

It is ordered that the **NEXT HEARING(S)** in this matter will be: _Jury selection_
_trial will start 1/13_

| | |
|---|---|
| ☐ | ***Omnibus Hearing*** has been continued to _____ at _____ a.m. / p.m. in Courtroom **E-1201** ☐ The Court ☐ Defense Counsel requests that DAJD transport defendant to the next hearing. |
| ☒ | ***Trial date*** has been continued to _1/13/24_ at 9:00 a.m. The parties will be notified of assignment and standby status by e-mail or telephone by 3:00 p.m. the court day prior to the trial date. |
| ☐ | ***Other:*** |

The **expiration date** is _2/12/24_

MOTION AND ORDER CONTINUTING NEXT HEARING(S)

                         Revised 7/2022

**ORDER:**

☒ The Court grants the motion for the reasons stated above under CrR 3.3(f)(1) and CrR 3.3(f)(2).

☐ The Court grants the motion as required in the interest of justice under CrR 3.3(f)(2) for the reasons stated above and the following additional grounds:

_____

_____

☐ The Court grants the motion based on the defendant's execution of a valid waiver pursuant to CrR 3.3(c)(2)(i).

☐ The Court finds good cause to require the Defendant to appear in-person for the following hearings:

_____

**THE DEFENDANT MUST BE PRESENT IN PERSON FOR ARRAIGNMENT, EVERY STAGE OF TRIAL, IMPOSITION OF SENTENCE, AND FOR ANY OTHER HEARING FOR WHICH THE COURT HAS FOUND GOOD CAUSE FOR THE DEFENDANT TO BE PHYSICALLY PRESENT. FOR ALL OTHER HEARINGS, A DEFENDANT MUST EITHER APPEAR IN-PERSON, REMOTELY, OR THROUGH COUNSEL. To appear through counsel, counsel must provide a waiver signed by the Defendant OR counsel must affirm that the Defendant prefers to appear through counsel. Additionally, the Defendant must maintain contact with counsel. If the Defendant does not appear in any way prescribed by CrR 3.4, the court may order the clerk to issue a bench warrant for the Defendant's arrest. If a Defendant appears through counsel, notices provided to counsel are presumed to be provided to the Defendant**

☒ **Defendant confirmed agreement to the below waiver and Defense Counsel explained the waiver to the defendant. WAIVER:** I understand that I have a right to a trial within 60 days of my arraignment if I remain in custody on this case, or within 90 days of my arraignment if I am released on this case before the expiration of 60 days, except for any excluded periods under CrR 3.3, or unless the commencement date is reset. I voluntarily and knowingly agree to reset the commencement date to the next court hearing (scheduled above). I agree that my new time for trial expiration date is 60 days from that date if I remain in custody on this case, or 90 days from that date if I am released on this case before the expiration of 60 days.

_____
Defendant
(Signature required for waiver pursuant to CrR 3.3(c)(2)(i) or continuance pursuant to CrR 3.3(f)(1))

_____          _____
Deputy Prosecutor    WSBA No. 48979              Attorney for Defendant    WSBA No. 35114

DATED this 23rd day of Oct. , 2024.              _____
                                                 Judge

I am fluent in the _____ language, and I have translated this entire document for the Defendant from English into that language. I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Interpreter: _____          Date: _____

**MOTION AND ORDER CONTINUING NEXT HEARING(S)**

Revised 7/2022