The Honorable Tana Lin
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, and BRIANA D. GAGE, | )<br>) |
| Plaintiffs, | ) No. 2:24-cv-00343-TL<br>) |
| v. | )<br>) |
| CITY OF SHORELINE, KING COUNTY, TOWN & COUNTRY MARKETS, EVAN B. FAGAN, WILLIAM C. AKERS and MR. THOMPSON, | ) NOTICE OF APPEARANCE<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**TO:** **KURT A. BENSHOOF, Plaintiff;**

**AND TO:** **COURTNEY OLSON & ADAM ASHER, Attorneys for Co-Defendants;**

**AND TO:** **CLERK OF THE COURT.**

YOU AND EACH OF YOU will please take notice that Senior Deputy Prosecuting Attorney **SANTIAGO VIOLA VILLANUEVA** hereby appears in the above-entitled action on behalf of Defendants King County, William C. Akers, Paul H. Thompson (King County Defendants) and City of Shoreline without waiving the question of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;
4. Insufficiency of process;
5. Insufficiency of service of process;

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF ATTORNEYS [No. 3:24-cv-00343-TL] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

6. Failure to state a claim upon which relief may be granted;
7. Fraud;
8. Failure to join a party under Rule 19;
9. Statute(s) of limitation;
10. Qualified immunity; and
11. Doctrine of Laches.

You are hereby further notified that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorneys at the addresses below-stated.

DATED this 5th day of December, 2024.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: */s/ Santiago Voila Villanueva*
SANTIAGO VIOLA VILLANUEVA, WSBA #54071
Senior Deputy Prosecuting Attorney
Attorney for Defendant Keenan
701 5th Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120/Fax: (206) 296-0191
sviolavillanueva@kingcounty.gov

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF ATTORNEYS [No. 3:24-cv-00343-TL] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191