The Honorable Tana Lin
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, and BRIANA D. GAGE, | ) |
| Plaintiffs, | ) No. 2:24-cv-00343-TL |
| v. | ) |
| CITY OF SHORELINE, KING COUNTY, TOWN & COUNTRY MARKETS, EVAN B. FAGAN, WILLIAM C. AKERS and MR. THOMPSON, | ) NOTICE OF WITHDRAWAL |
| Defendants. | ) |

YOU ARE HEREBY NOTIFIED of a transfer of attorneys for Defendants King County, William C. Akers, Paul H. Thompson (King County Defendants) and City of Shoreline in the above-entitled action. Effective this date, Senior Deputy Prosecuting Attorney **ANN SUMMERS** will withdraw, and **SANTIAGO VIOLA VILLANUEVA** will remain as attorney of record.

DATED this 5th day of December, 2024.

| | |
|---|---|
| LEESA MANION (she/her) | LEESA MANION (she/her) |
| King County Prosecuting Attorney | King County Prosecuting Attorney |
| By: */s/Ann M. Summers* | By: */s/Santiago Viola Villanueva* |
| ANN SUMMERS, WSBA #21509 | SANTIAGO VIOLA VILLANUEVA, WSBA #54071 |
| Senior Deputy Prosecuting Attorney | Senior Deputy Prosecuting Attorney |
| Withdrawing Attorney | Substituting Attorney |

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF ATTORNEYS [No. 3:24-cv-00343-TL] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191