Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF,<br>BRIANA D. GAGE,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SHORELINE,<br>KING COUNTY,<br>TOWN & COUNTRY MARKETS,<br>EVAN B. FAGAN,<br>WILLIAM C. AKERS,<br>PAUL THOMPSON,<br><br>　　　　　　　　　Defendants. | Case No. 2:24-cv-00343-TL<br><br>PLAINTIFFS' NOTICE OF<br>PENDENCY OF OTHER ACTIONS |

## I.   NOTICE

Plaintiff Kurt Benshoof ("Benshoof") hereby gives Notice of Pendency regarding his Amended Petition for Writ of Habeas Corpus, filed in WAWD No. 2:24-cv-1110-JNW, his Emergency Motion for Peremptory Writ of Injunction, filed in 9th Circuit Court of Appeals No. 24-5188, and his First Amended Complaint, filed in WAWD No. 2:24-cv-808-JHC, pursuant to LCR 3(h).

NOTICE OF PENDENCY
WAWD No. 2:24-cv-00343-TL
Page 1 of 2

Kurt Benshoof, Co-Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

The petition, motion, and complaint filed by Benshoof relate, in part, to the ongoing conspiracy by City of Seattle, King County, and federal officials, in retaliatory joint action with private individuals, to unlawfully imprison Benshoof, to abet the kidnapping of Benshoof's minor son, and to effectively suspend the writ of habeas corpus under color of law.  See Appendix A, B, and C attached hereto.

## VERIFICATION

I, Kurt Benshoof, do hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury in the State of Washington and the United States.  Executed this 14th day of January in the year 2025, in the city of Mountlake Terrace, in the county of Snohomish, in the state of Washington.

By: _/s/ Kurt Benshoof_

Kurt Benshoof, Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
Phone: (425) 553-8112
Email: kurtbenshoof@gmail.com

NOTICE OF PENDENCY
WAWD No. 2:24-cv-00343-TL
Page 2 of 2

Kurt Benshoof, Co-Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com