Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF,<br>BRIANA D. GAGE,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CITY OF SHORELINE, *et al.*,<br><br>                    Defendants. | No.  2:24-cv-00343-TL<br><br>PLAINTIFFS' NOTICE<br>OF OBJECTIONS |

## I.     INTRODUCTION

Plaintiff Kurt Benshoof ("Benshoof") files this notice, objecting to violations of Fed.R.Civ.P. 12(b) by Defendants CITY OF SHORELINE and KING COUNTY, which states, in part, "A motion asserting any of these defenses ***must*** be made ***before pleading*** if a responsive pleading is allowed." (***emphasis*** added)

While Plaintiffs will be filing their First Amended Complaint by leave of this Court (Dkt. #85, pg. 1) on or before January 21, 2025, Plaintiffs note their objections for appeal and request that counsel for Defendants henceforth comply with the Federal Rules of Procedure and the Washington BAR Rules of Professional Conduct.

PLAINTIFF'S MOTION FOR U.S. MARSHALS SERVICE
WAWD No. 2:24-cv-00343-TL
FOR Page 1 of 3

Kurt Benshoof, Co-Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

## II.   VERIFIED STATEMENTS OF FACT

1. Counsel Ann Summers filed an Answer on behalf of Defendants KING COUNTY on May 31, 2024, (Dkt. #27) and CITY OF SHORELINE on July 1, 2024. (Dkt. #47)

2. On August 30, 2024, Defendants CITY OF SHORELINE and KING COUNTY filed a motion to dismiss, ostensibly pursuant to Fed.R.Civ.P. 12(c). (Dkt. #59)

3. The motion to dismiss filed by counsel Ann Summers argued for dismissal under under Fed.R.Civ.P. 12(b)(6) by claiming that "Plaintiffs have failed to state a claim upon which relief can be granted." (Dkt. #59, pg. 6, ¶1)

## III.   ARGUMENT & AUTHORITY

4. The Answers filed by Ann Summers each constituted a "responsive pleading" pursuant to Fed.R.Civ.P. 12(b).

5. Fed.R.Civ.P. 12(b) unequivocally states that "A motion asserting any of these defenses must be made before pleading if a responsive pleading is allowed." Because the motion to dismiss (Dkt. #59) asserted the Fed.R.Civ.P. 12(b)(6) defense of failure to state a claim, counsel Summers violated the Federal Rules of Procedure.

6. Benshoof, denied paper, envelopes, and postage, was held *in communicado* by King County officials within King County jails from July 3, 2024, to November 27, 2024. (Dkt. #86-1, pg. 43)

7. Because the motion to dismiss clearly violated Fed.R.Civ.P. 12(b)(6), the motion was not properly before the Court and should have been stricken *sua sponte*.

PLAINTIFFS' NOTICE OF OBJECTIONS
WAWD No. 2:24-cv-00343-TL
FOR Page 2 of 3

Kurt Benshoof, Co-Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com

# VERIFICATION

Plaintiff Kurt Benshoof does hereby declare that the foregoing is true and correct to the best of his knowledge under penalty of perjury in the State of Washington. Executed this 17th day of January in the year 2025, in the city of Mountlake Terrace, in the county of Snohomish, in the state of Washington.

By: _____

    Kurt Benshoof, *Pro Se*
    22701 42nd Place West
    Mountlake Terrace, WA 98043
    Phone: (425) 553-8112
    Email: kurtbenshoof@gmail.com

PLAINTIFF'S MOTION FOR U.S. MARSHALS SERVICE
WAWD No. 2:24-cv-00343-TL
FOR Page 3 of 3

Kurt Benshoof, Co-Plaintiff
22701 42nd Place West
Mountlake Terrace, WA 98043
(425) 553-8112
kurtbenshoof@gmail.com