HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, BRIANA D. GAGE, and URVE MAGGITTI,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF SHORELINE, KING COUNTY; TOWN & COUNTRY MARKETS; WILLIAM C. AKERS; ADAM R. ASHER; NICHOLAS W. DEMUSE; JANE DOE; JOHN DOE; EVAN B. FAGAN; COURTNEY J. OLSON; PAUL H. THOMPSON; JAMPA TSETEN; and ANN SUMMERS,<br><br>  Defendants. | Case No. 2:24-cv-00343-TL<br><br>[PROPOSED] ORDER GRANTING T&C DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT |

This matter is before the Court on Defendants Town & Country Markets, Inc., Evan B. Fagan, Adam R. Asher, and Courtney J. Olson's Motion to Dismiss Amended Complaint. The Court, having considered the record and the following pleadings:

1. T&C Defendants' Motion to Dismiss Amended Complaint;

2. _____;

3. _____;

4. _____;

and considering itself fully advised in the premises, it is therefore,

[PROPOSED] ORDER GRANTING T&C
DEFENDANTS' MOTION TO DISMISS
AMENDED COMPLAINT

1

Socius Law Group, PLLC
A T T O R N E Y S
One Union Square • 600 University St., Suite 2510
Seattle, Washington 98101
Telephone 206.838.9100
Facsimile 206.838.9101

ORDERED, ADJUDGED, AND DECREED that T&C Defendants' Motion to Dismiss Amended Complaint is GRANTED. Plaintiffs' claims against Defendants Town & Country Markets, Inc., Evan B. Fagan, Adam R. Asher, and Courtney J. Olson are DISMISSED with prejudice and without leave to amend.

DATED this ___ day of _____, 2025.

_____
UNITED STATE DISTRICT COURT
JUDGE TANA LIN

*Presented by:*

SOCIUS LAW GROUP, PLLC

By: *s/Adam R. Asher*
    Adam R. Asher, WSBA #35517
    Courtney J. Olson, WSBA #54548

*Attorneys for T&C Defendants*

[PROPOSED] ORDER GRANTING T&C DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT — 2

Socius Law Group, PLLC
ATTORNEYS
One Union Square • 600 University St., Suite 2510
Seattle, Washington 98101
Telephone 206.838.9100
Facsimile 206.838.9101