1

2

The Honorable Tana Lin
United States District Court Judge

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

KURT A. BENSHOOF, BRIANA D. GAGE, and
UVRE MAGGITI

                    Plaintiffs,

    v.

CITY OF SHORELINE, KING COUNTY,
TOWN & COUNTRY MARKETS, EVAN B.
FAGAN, WILLIAM C. AKERS, MR.
THOMPSON, JAMPA TSETEN, NICHOLAS
W. DEMUSE, COURTNEY J. OLSON, ADAM
R. AHSER and ANN M. SUMMERS

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:24-cv-00343-TL

(Proposed) ORDER GRANTING
DEFENDANT'S MOTION TO
DISMISS PURSUANT TO FED. R.
CIV. P. 12b

*Noted for March 3, 2025*

16

17

18

     THIS MATTER, having come before the Court on City of Shoreline and King County Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b) and the Court having considered the pleadings filed and the following evidence filed herein, including:

19

    1.  City of Shoreline and King County Defendants' Motion;

20

    2.  Declaration of Santiago Viola Villanueva and supporting documentation;

21

    3.  Plaintiff's Opposition, if any;

22

    4.  City of Shoreline and King County Defendants' Reply, if any;

23

    5.  And the records and pleadings filed in this matter.

(Proposed) ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12b
[No. 3:24-cv-00343-TL] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

6. _____

7. _____

NOW, THEREFORE, IT IS HEREBY ORDERED that City of Shoreline and King County Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b) is GRANTED. Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

DONE IN OPEN COURT this ____ day of _____, 2025.

_____
The Honorable Judge Tana Lin

Presented by:

LEESA MANION (she/her)
King County Prosecuting Attorney

By: /s/ Santiago Voila Villanueva
SANTIAGO VIOLA VILLANUEVA, WSBA #54071
Senior Deputy Prosecuting Attorney
Attorney for City of Shoreline and King County Defendants
701 5th Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120/Fax: (206) 296-0191
sviolavillanueva@kingcounty.gov

(Proposed) ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12b
[No. 3:24-cv-00343-TL] - 2

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191