UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, BRIANA D. GAGE, and URVE MAGGITTI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SHORELINE, KING COUNTY; TOWN & COUNTRY MARKETS; WILLIAM C. AKERS; ADAM R. ASHER; NICHOLAS W. DEMUSE; JANE DOE; JOHN DOE; EVAN B. FAGAN; COURTNEY J. OLSON; PAUL H. THOMPSON; JAMPA TSETEN; and ANN SUMMERS,<br><br>Defendants. | Case No. 2:24-cv-00343-TL<br><br>PRAECIPE RE CONFERRAL ON MOTION TO DISMISS |

TO:     THE CLERK OF THE COURT

AND TO:     ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that undersigned counsel of record for Town & Country Markets, Inc., Evan B. Fagan, Adam R. Asher, and Courtney J. Olson hereby corrects the Certification of Conferral at Dkt. 93, p. 20, as follows:

I certify that I participated in a conference call with Plaintiffs Kurt Benshoof

and Urve Maggitti, and counsel for the government defendants, on February

3, 2025. <u>Plaintiff Briana Gage did not participate.</u> I made a reasonable effort

NOTICE TO WITHDRAW MOTION    1    Socius Law Group, PLLC
A T T O R N E Y S
One Union Square • 600 University St., Suite 2510
Seattle, Washington 98101
Telephone 206.838.9100
Facsimile 206.838.9101

to reach agreement with Plaintiffs on the relief sought in this Motion. Plaintiffs oppose the relief sought in this Motion.

DATED this 5th day of February, 2025.

                              SOCIUS LAW GROUP, PLLC

                              By: *s/ Adam R. Asher*
                                    Adam R. Asher, WSBA #35517
                                    Courtney J. Olson, WSBA #54548
                                    aasher@sociuslaw.com
                                    206.838.9110
                                    colson@sociuslaw.com
                                    206.838.9153

                              *Attorneys for T&C Defendants*

NOTICE TO WITHDRAW MOTION      2      Socius Law Group, PLLC
A T T O R N E Y S
One Union Square • 600 University St., Suite 2510
Seattle, Washington 98101
Telephone 206.838.9100
Facsimile 206.838.9101

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the state of Washington that on this date I served the foregoing document on the following parties of record, as indicated:

*Via Email*

Kurt Benshoof
22701 42nd Place West
Mountlake Terrace, WA 98043
Email: kurtbenshoof1@gmail.com

Briana D Gage
2760 W 22nd Street #431
Brooklyn, NY 11224
Email: brianagage702@gmail.com

Urve Maggitti
244 Blackburn Drive
Berwyn, PA 19312
Email: urve.maggitti@gmail.com

*Pro Se Plaintiffs*

*Via Email*

Margaret J King
City of Shoreline
Email: mking@shorelinewa.gov

*Attorneys for City of Shoreline*

*Via Email*

Santiago Viola Villanueva
King County Prosecuting Attorney's Office
Email: sviolavillanueva@kingcounty.gov

*Attorneys for King County, Ann Summers, Wm Ackers, Paul Thompson, Nicholas W. DeMuse, Jampa Tseten*

DATED February 5, 2025, at Seattle, Washington.

    *s/Leslie Boston*
    Leslie Boston

NOTICE TO WITHDRAW MOTION    3    Socius Law Group, PLLC
ATTORNEYS
One Union Square • 600 University St., Suite 2510
Seattle, Washington 98101
Telephone 206.838.9100
Facsimile 206.838.9101