WAWD – Praecipe (Revised 6/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| Plaintiff(s), <br> v. <br><br> Defendant(s). | CASE NO. <br><br> PRAECIPE |

To the Clerk of the above-entitled court:
You will please:

Dated                               Sign or use an "s/" and your name

Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1