# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, BRIANA D. GAGE, and URVE MAGGITTI, <br><br>                 Plaintiffs, <br><br>     v. <br><br> CITY OF SHORELINE et al., <br><br>                 Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. 2:24-cv-00343-TL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' First, Third, and Eighth Causes of Action are DISMISSED without prejudice.

Plaintiffs' Second, Fourth, Fifth, Sixth and Seventh Causes of Action are DISMISSED with prejudice.

Plaintiffs' Ninth and Tenth Causes of Action are DISMISSED with prejudice as to Plaintiffs Benshoof and Gage, and dismissed without prejudice as to Plaintiff Maggitti.

Plaintiffs are prohibited from filing a Second Amended Complaint.

Dated March 27, 2025.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk