| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUN 20 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KURT BENSHOOF; et al.,

        Plaintiffs - Appellants,

 v.

CITY OF SHORELINE; et al.,

        Defendants - Appellees.

No. 25-2449

D.C. No. 2:24-cv-00343-TL
Western District of Washington, Seattle

ORDER

Appellants did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT