1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                   AT SEATTLE

10

11   KURT A. BENSHOOF, BRIANA D.              CASE NO. 2:24-cv-00343-TL
     GAGE, and URVE MAGGITTI,
12
                        Plaintiffs,           ORDER
13             v.

14   CITY OF SHORELINE et al.,

15                      Defendants.

16

17       Plaintiff Kurt Benshoof has filed a motion for the record to be provided to him at public

18   expense. Dkt. No. 108. Rule 30-1.7 of the Federal Rules of Appellate Procedure for the Ninth

19   Circuit states:

20
            In cases involving appeals by prisoners not represented by counsel, the clerk of
21          the district court shall, within 21 days from the receipt of the prisoner's written
            request, forward to the prisoner copies of the documents comprising the Excerpts
22          of Record **so that the prisoner can prepare the briefs on appeal**. If the prisoner
            was granted leave to proceed in forma pauperis at the district court or on appeal,
23          the copies will be produced at no charge to the prisoner.

24   Rule 30-1.7 (emphasis added).


ORDER – 1

1    The Court dismissed Plaintiffs' case on March 27, 2025. Dkt. No. 104. On April 13,

2 2025, Plaintiffs filed a notice of appeal to the Ninth Circuit Court of Appeals ("Court of

3 Appeals"). Dkt. No. 105. On April 16, 2025, the Court of Appeals docketed Plaintiffs' appeal

4 and issued a scheduling order. Dkt. No. 106. On June 20, 2025, the Court of Appeals dismissed

5 Plaintiffs case for failure to file an opening brief by the due date. Dkt. No. 107.

6    Plaintiff Benshoof states that he called the district court clerk on August 26, 2025,

7 requesting he be provided a copy of the record at public expense and documents his attempt to

8 access some of the documents through Urve Maggitti, an individual who has been assisting him.

9 Dkt. No. 108 at 2–3. Plaintiff then filed the instant motion on October 2, 2025.

10    Had Plaintiff filed a timely request for the records, the Court would have granted the

11 request. However, Plaintiff did not request the records until nearly six months after he filed his

12 notice of appeal, over five months after the Court of Appeals issued the scheduling order in his

13 case, and nearly three and one-half months after the Court of Appeals dismissed his appeal for

14 failure to file an opening brief. The Ninth Circuit's Rule requires a district court to provide

15 copies of documents comprising the record to prisoners who were granted in forma pauperis

16 status "so that the prisoner can prepare the briefs on appeal." Rule 30-1.7. Here, however, there

17 is no appeal pending as Plaintiffs' appeal has been dismissed and, therefore, no appellate briefs

18 to be prepared.

19    Accordingly, the Court DENIES Plaintiff Benshoof's request for a copy of the record at

20 public expense.

21    Dated this 7th day of October, 2025.

22

23

Tana Lin
United States District Judge

24

ORDER – 2